IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alvarado, Jorge E

Printed: 10/22/08

Case Number: 04 B 13626
Judge: Goldgar, A. Benjamin
Filed: 4/7/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 2, 2008
Confirmed: June 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,031.07 |  |
| Secured: |  | 18,241.75 |
| Unsecured: |  | 150.69 |
| Priority: |  | 1,230.42 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 1,188.32 |
| Other Funds: |  | 319.89 |
| Totals: | 23,031.07 | 23,031.07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,900.00 | 1,900.00 |
| 2. | General Motors Acceptance Corp | Secured | 18,241.75 | 18,241.75 |
| 3. | Illinois Dept of Revenue | Priority | 574.16 | 574.16 |
| 4. | Internal Revenue Service | Priority | 656.26 | 656.26 |
| 5. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 50.94 | 50.94 |
| 7. | Illinois Dept of Revenue | Unsecured | 8.67 | 8.67 |
| 8. | Capital One | Unsecured | 33.19 | 33.19 |
| 9. | Resurgent Capital Services | Unsecured | 49.80 | 49.80 |
| 10. | Internal Revenue Service | Unsecured | 8.09 | 8.09 |
| 11. | Ameritech | Unsecured |  | No Claim Filed |
| 12. | Bank One | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 15. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 16. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 17. | Telecheck | Unsecured |  | No Claim Filed |
| 18. | Sprint | Unsecured |  | No Claim Filed |
| | | | $ 21,522.86 | $ 21,522.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Alvarado, Jorge E

Printed: 10/22/08

Case Number:  04 B 13626
Judge:  Goldgar, A. Benjamin
Filed:  4/7/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 61.79 |
| 6.5% | 262.65 |
| 3% | 46.35 |
| 5.5% | 202.08 |
| 5% | 61.59 |
| 4.8% | 122.36 |
| 5.4% | 431.50 |
|  | $ 1,188.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

